

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2015

No. 04-15-00331-CR

Fernando **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1546W
Honorable Melisa Skinner, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to November 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Raymond Martinez                     Laura E. Durbin
     Martinez & Herrera                   Assistant Criminal District Attorney
     301 Fair Avenue                      101 W. Nueva, Suite 370
     San Antonio, TX 78223                San Antonio, TX 78205